IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BAPTIST HOSPITAL, INC.**
**d/b/a BAPTIST LIFEFLIGHT,**

    **Plaintiff**,

v.                               **CASE NO.:   3:07cv104/MCR/EMT**

**CJ CRITICAL CARE TRANSPORTATION**
**SYSTEMS OF FLORIDA, INC.,**

    **Defendant.**
_____/

## AMENDED MOTION TO DISMISS

Defendant CJ Critical Care Transportation Systems of Florida, Inc. ("CJ"), by and through its undersigned attorneys, respectfully moves the Court, pursuant to Rule 12(b)(6), to enter an order dismissing this action with prejudice for failure to allege a cause of action upon which relief may be granted. The Court should grant this motion because the claims alleged in the complaint are barred by the "economic loss rule." *See, e.g., Eclipse Medical, Inc. v. American Hydro-Surgical Instruments, Inc.,* 262 F. Supp.2d 1334 (S.D. Fla. 1999), *aff'd,* 235 F.3d 1344 (11th Cir. 2000)(mem.). The grounds upon which the Court should dismiss this action are stated more fully in the accompanying Brief.

The undersigned contacted opposing counsel pursuant to local Rule 7(b) and advises the court that opposing counsel does not consent to this motion.

                                                        Respectfully submitted,

| | |
|---|---|
| March 23, 2007 | */s/ Robert C. Palmer, III* |
| | Robert C. Palmer, III |
| | Florida Bar No. 316776 |
| | Shell Fleming Davis & Menge |
| | Ninth Floor—Sevilla Tower |
| | 226 Palafox Place |
| | Pensacola, Florida 32502 |
| | PH: (850) 434-2411 |
| | FX: 850-435-1074 |
| | |
| | Attorneys for CJ Systems Critical Care Transportation Systems of Florida, Inc. |

OF COUNSEL:

**WATKINS DULAC & ROE P.C.**
Adrian N. Roe
Pa. I.D. No. 61391
Kenneth J. Witzel
Pa. I.D. No. 82814
Two Gateway Center, 17 East
603 Stanwix Street
Pittsburgh, Pennsylvania 15222
PH: (412) 434-5544
FX: (412) 434-5554

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BAPTIST HOSPITAL, INC.**
**d/b/a BAPTIST LIFEFLIGHT,**

    **Plaintiff**,

v.                                                   **CASE NO.: 3:07cv104/MCR/EMT**

**CJ CRITICAL CARE TRANSPORTATION**
**SYSTEMS OF FLORIDA, INC.,**

    **Defendant.**
_____/

**[PROPOSED] ORDER GRANTING**
**MOTION TO DISMISS**

    And Now this ____, upon consideration of Defendant's Motion to Dismiss, and Plaintiff's opposition thereto, it is hereby ORDERED, ADJUDGED, AND DECREED that said motion be and the same is hereby GRANTED.

                                               _____
                                               United States District Judge