UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BAPTIST HOSPITAL, INC.,
d/b/a BAPTIST LIFEFLIGHT,

    Plaintiff,

vs.                                           CASE NO.: 3:07cv104/MCR/EMT

CJ CRITICAL CARE TRANSPORTATION
SYSTEMS OF FLORIDA, INC.,

    Defendant.
_____/

**O R D E R**

    The parties have filed their joint scheduling report.  (Doc. 28).  Therein, the parties note Plaintiff's Motion for Remand (doc. 6), Defendant's Motion to Transfer Venue (doc. 7) and Defendant's Motion to Dismiss (doc 10) which are currently pending with the court, and suggest that if this court determines it will dismiss or remand this case then the scheduling report is moot and no scheduling will be required.  The parties also suggest that should the Defendant later be required to file an answer and also files any counter or third party complaint, the parties would request that they be permitted to supplement or amend the discovery plan as needed.  In order to avoid any unnecessary or increased expense to the parties, the court will consider staying all proceedings and tolling all deadlines until such time as the court has considered the pending motions and rendered a decision.  If any party objects to this stay, they shall file a written objection within five (5) days of the date hereof.  Absent any objection, a stay of proceedings shall be automatically entered until further order of the court.

    **DONE and ORDERED** this 8th day of June, 2007.

                                               s/ *M. Casey Rodgers*
                                               **M. CASEY RODGERS**
                                               **UNITED STATES DISTRICT JUDGE**