**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

BAPTIST HOSPITAL, INC.
d/b/a BAPTIST LIFEFLIGHT,

       Plaintiff,

vs.                        CASE NO.: 3:07cv104/MCR/EMT

CJ CRITICAL CARE TRANSPORTATION
SYSTEMS OF FLORIDA, INC.,

       Defendant.

_____/

**O R D E R**

      This matter is before the Court on the parties' Joint Motion to Stay Proceedings. (Doc. 56).   Upon consideration, the Court will grant the parties' request for stay. Accordingly, it is

      ORDERED:

      The parties' Joint Motion to Stay Proceedings is GRANTED.  All proceedings in this case are hereby stayed until January 21, 2008.  If the parties reach a resolution of this case on or before that date counsel must promptly notify this Court and may, if necessary, seek a further stay to document any settlement.  If no resolution is reached on or before January 21, 2008, the stay will be automatically lifted and the case will proceed as set forth in the Final Scheduling and Trial Order and Mediation Referral (doc. 55), except that the parties must exchange their disclosures under Rule 26(a)(1) of the Federal Rules of Civil Procedure by January 30, 2008.

      DONE and ORDERED this 27th day of December, 2007.

                          s/ *M. Casey Rodgers*

                          **M. CASEY RODGERS**
                          **UNITED STATES DISTRICT JUDGE**